ORIGINAL
IN THE SUPREME COURT OF THE STATE OF MONTANA

FILED

08/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0397

DA 20-0396 and DA 20-0397



AUG 1 1 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

MONTANA DEMOCRATIC PARTY and
TAYLOR BLOSSOM, RYAN FILZ, MADELINE
NEUMEYER, and REBECCA WEED, individual
electors,

        Plaintiffs and Appellees,

  v.

STATE OF MONTANA, by and through its
SECRETARY OF STATE, COREY
STAPLETON,

        Defendant and Appellant.

ORDER

Defendant and Appellant Secretary of State moves to consolidate these two appeals and to order an expedited briefing schedule in order to have the appeals decided prior to the August 20, 2020 deadline for the Secretary of State to certify for the November 2020 general election ballot the names and designations of statewide candidates to election administrators. Section 13-12-201(1), MCA. Both appeals are taken from an August 7, 2020 order of the First Judicial District Court directing the Secretary of State to strike from the general election ballot the names of Montana Green Party candidates who advanced after the June 2, 2020 primary election. Also at issue are the unsuccessful intervention motions of the Montana Republican Party, Lorrie Campbell, and Jill Loven. Plaintiff and Appellee the Montana Democratic Party opposes consolidation of the two appeals but agrees with the Secretary of State's proposed expedited briefing schedule in DA 20-0396 and indicates that it will comply with any briefing schedule set by the Court.

    Having considered the parties' submissions, and good cause appearing,

    IT IS HEREBY ORDERED that the Motion to Consolidate Appeals is DENIED.

    IT IS FURTHER ORDERED that the request for an expedited briefing schedule is

GRANTED for both DA 20-0396 and DA 20-0397. In each case, the parties shall file their briefs according to the following schedule:

Appellant's opening brief shall be filed by August 12, 2020.

Appellees' response brief shall be filed by August 17, 2020.

Appellant's reply brief shall be filed by August 18, 2020.

IT IS FURTHER ORDERED that proposed intervenors the Montana Republican Party, Lorrie Campbell, and Jill Loven are GRANTED leave to file amicus briefs in accordance with M. R. App. P. 11(4)(a) and 12(7). Any amicus briefs must be filed by August 12, 2020.

IT IS FURTHER ORDERED that the Lewis and Clark County Clerk of District Court is directed to transmit the record immediately upon receipt of this Order.

The Clerk of this Court is directed to file this Order in each of the above-referenced cases and to provide immediate notice of its entry to all counsel of record and to the Lewis and Clark County Clerk of District Court.

DATED this ___11th___ day of August, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2